# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : CASE NUMBER 3:16 CR 73 (JBA) |
| vs. | : |
| MARC ALEXANDER | : APRIL 28, 2016 |

## STIPULATION TO DETENTION

Pursuant to the Government's Motion for Pretrial Detention, dated April 26, 2016, the defendant, Marc Alexander, hereby stipulates to detention without prejudice. In the event that the defendant determines a set of conditions can be presented to the court that will reasonably assure his appearance in court and the safety to the community, he will seek a hearing to review the order of detention.

Respectfully submitted,
The Defendant

By: _____/s/_____
William H. Paetzold
Moriarty, Paetzold & Sherwood
2230 Main Street
Glastonbury, CT  06033
Tel No: (860)657-1010
Federal Bar NO. ct10074

**CERTIFICATION**

THIS IS TO CERTIFY that a copy of the foregoing motion was filed electronically on April 28, 2016. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system, or by mail, to anyone unable to accept electronic filing:

_____/s/_____
William H. Paetzold